UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS SPIRDIONE,

    Plaintiff,

v.

HEIDI E. WASHINGTON, *et al.*,

    Defendants.

_____/

Case No. 22-11018

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 6, 2022 REPORT AND RECOMMENDATION [39]

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Nicholas Spirdione. (ECF No. 1.) The case has been referred to Magistrate Judge Patricia T. Morris for all pre-trial matters. (ECF No. 13.) Before the Court is the Magistrate Judge's report and recommendation to deny Plaintiff's emergency motions for preliminary injunction and for Defendants Washington and Kisor to show cause. (ECF No. 39.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 39). Plaintiff's motions for preliminary injunction and a show cause order (ECF Nos. 24, 26) are DENIED.

    SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
Dated: October 31, 2022             United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2022, by electronic and/or ordinary mail.

            s/Lisa Bartlett
            Case Manager