UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NICHOLAS SPIRDIONE,

    *Plaintiff,*

v.

HEIDI E. WASHINGTON, et al.,

    *Defendants.*

                                              /

CASE NO. 2:22-cv-11018

DISTRICT JUDGE NANCY G. EDMUNDS
MAGISTRATE JUDGE PATRICIA T. MORRIS

## ORDER DENYING PLAINTIFF'S THIRD MOTION FOR DISCOVERY
## (ECF No. 91)

This is a prisoner civil rights case. On February 2, 2023, Defendants Washington, Kisor, Losacco, Root, Kennedy, Nevins, Beecher, Pryor, Logan, Onwanibe, Stevenson, Weber, Landfair, Sanders, Stricklin, Hollister, Rurka, Schubring, Coffelt, Lewis, King, Schley, Lester, Rohrig, and Shaffer requested that discovery be stayed pending the resolution of their February 2, 2023 motion to dismiss on the basis of qualified immunity. *See* (ECF No. 84). Defendants' motion was granted on February 7, 2023, staying discovery pending resolution of the motion to dismiss. (ECF No. 86). For the same reasons, on February 8, 2023, Plaintiff's December 20, 2022 motion for discovery was denied without prejudice to his ability to file another motion if and when the stay of discovery is lifted. (ECF No. 87).

1

2

The current motion, Plaintiff's "Third Motion for Discovery," was mailed February 6, 2023 and received by the Court February 10, 2023. The motion will be denied for the same reasons as the December 20, 2022 motion. If and when the stay of discovery is lifted, Plaintiff will be able to file discovery motions.

Accordingly, **IT IS ORDERED** that Plaintiff's Third Motion for Discovery (ECF No. 91) is **DENIED WITHOUT PREJUDICE**.

Date: February 15, 2023                    s/ PATRICIA T. MORRIS
                                           Patricia T. Morris
                                           United States Magistrate Judge